Phillip S. Bloom, appellee, v. The Nathan Vehon Company, appellant.　Gen. No. 33,607.

Opinion filed January 27, 1930.　Rehearing denied February 10, 1930.

Koven & Rappaport, for appellant; Henry H. Koven, of counsel. John L. Fogle, for appellee; Walter N. Shurtleff, Edward Rothbart and Dwight McKay, of counsel.

Mr. Justice Matchett delivered the opinion of the court.